# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 11, 2015

*Before*

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 14-1745

| | |
|---|---|
| LINDA REED, | Appeal from the United States |
|     *Plaintiff-Appellant*, | District Court for the Northern |
| | District of Illinois, Eastern Division. |
|     *v.* | |
| | No. 1:12-cv-07274 |
| STATE OF ILLINOIS, *et al.*, | |
|     *Defendants-Appellees*. | Amy St. Eve, *Judge*. |

**O R D E R**

The majority opinion in *Reed v. State of Illinois*, Seventh Circuit No. 14-1745, decided October 30, 2015, is amended as follows to correct an error (brought to the court's attention by counsel) in the original opinion: the first full paragraph on page 11 of the majority opinion, the paragraph beginning "And to top it all," is deleted in its entirety. There are no other changes in the majority opinion, and there are no changes in the dissenting opinion.

So ordered.